# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10cv142

| | |
|---|---|
| ALAAEDDIN KONI and MARY GODFREY KONI, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary, Department of Homeland Security; RICHARD GOTTLIEB, Field Office Director of the Charlotte Office, United States Citizenship and Immigration Services; DENISE FRAZIER, District Director of the Atlanta District, United States Citizenship and Immigration Services; ROBERT MUELLER, Director, Federal Bureau of Investigation of the United States; and ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Defendants' Consent Motion to Dismiss for Mootness. [Doc. 6].

In their motion, the Defendants assert that United States Citizenship and Immigration Services has completed its investigation and issued the action stamps for the I-485 (Application to Register Permanent Residence or Adjust Status) and the I-130 (Petition for Alien Relative) that were sought by the Plaintiffs. There being no further substantive relief sought, the Defendant move to dismiss this action as moot. The Defendants represent that the Plaintiffs consent to this motion. [Doc. 6].

For the reasons stated in the Defendants' motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendants' Consent Motion to Dismiss for Mootness [Doc. 6] is **GRANTED**, and this action is hereby **DISMISSED** as moot.

**IT IS SO ORDERED.**

Signed: September 15, 2010

Martin Reidinger
United States District Judge