# United States District Court
## For The Western District of North Carolina
## Asheville Division

Mary Godfrey Koni, et al,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                   1:10cv142

Eric Holder, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/15/10 Order.

Signed: September 15, 2010

Frank G. Johns, Clerk
United States District Court